JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7534
    FAX: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0828-MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| ALEX CHEUCK KIN YAN, | |
| Defendant. | |

    The parties in the above-titled case appeared before the Court for a status conference on January 5, 2009. For the following reasons and the reasons set forth in open court, the parties agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv) from January 5, 2009 to February 9, 2009. The parties agree that the continuance from January 5, 2009 to February 9, 2009 is necessary under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to allow defense counsel reasonable time for effective preparation for the above-titled case and for continuity of counsel. Defense attorney needs the time to further review discovery, investigate the case, and speak with the defendant. Time is further excluded based on unavailability of the Court on an earlier date proposed by the parties. The parties agree that the ends of justice are served by granting the requested short

continuance, and the requested continuance outweighs the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.

DATED: January 5, 2009                            /s/
                                                  CHRISTINA HUA
                                                  Assistant United States Attorney


DATED: January 5, 2009                            /s/
                                                  RITA BOSWORTH
                                                  Counsel for Alex Cheuck Kin Yan

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the period between January 5, 2009 to February 9, 2009 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for continuity and effective preparation of counsel, particularly given that defense counsel requires time to review discovery, further meet with the defendant, and investigate the case. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 1/6/2009                                   _____
                                                  IT IS SO ORDERED
                                                  Judge Marilyn H. Patel
                                                  United States District Court
                                                  Northern District of California

2