JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH  (CABN 163973)
Chief, Criminal Division

CHRISTINA HUA (CABN 185358)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7534
FAX: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALEX CHEUCK KIN YAN, )<br><br>Defendant. )<br>_____ ) | No. CR 08-0828-MHP<br><br>**STIPULATION AND ORDER<br>REGARDING NUMERICAL ERROR IN<br>THE PLEA AGREEMENT** |

The parties in the above-titled case appeared before the Court on February 9, 2009, where the defendant Alex Cheuck Kin Yan entered a guilty plea.  During the hearing, the Court noticed that there were two different numbers for the restitution and loss amount: $234,695.31 and $235,695.31.  At the time, the parties indicated to the Court that both the restitution and loss amount should be $234,695.31.  However, this figure was wrong and the loss amount should be $235,695.31.  The parties hereby agree and stipulate that the loss amount is $235,695.31, and the plea agreement should be modified to reflect that the loss amount is $235,695.31.

Furthermore, the government has since learned that United Commercial Bank seized $6,397 from the defendant's bank account when they learned of the embezzlement.  Therefore, the parties hereby stipulate and agree that the restitution amount should be $229,298.31. The

1

1  parties respectfully request that the Court modify the plea agreement to reflect this new

2  restitution figure.

3

4  DATED: February 24, 2009 _____/s/_____

5  CHRISTINA HUA
   Assistant United States Attorney

6

7

8  DATED: February 24, 2009 _____/s/_____

9  RITA BOSWORTH
   Counsel for Alex Cheuck Kin Yan

10

11        For good cause set forth above, the Court hereby orders that the plea agreement should be

12  modified so that the loss amount is $235,695.31, and the restitution amount is $229,298.31.

13  IT IS SO ORDERED.

14  DATED:  2/25/2009

15  MARILYN HALL PATEL
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28